UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Oct 16  2 10 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

RACHEL FUCHS, EXECUTRIX and :
HONEYWELL INTERNATIONAL, INC., :
:
          Plaintiffs, :
:
vs. :
: CASE NO. 3:02-CV-00405 (glg)
THE DOW CHEMICAL COMPANY :
and VULCAN MATERIALS COMPANY, : November 6, 2002
:
          Defendants. :

**STIPULATION AND ORDER FOR DISMISSAL**

It is hereby stipulated by the Plaintiff, Rachel Fuchs, Executrix, by her attorney, John J. Esposito, Jr., and Vulcan Materials Company, by its attorney, Michael L. Zaleski, that this matter may be dismissed, with prejudice, as to Vulcan Materials Company.

Dated this 7th day of October, 2003.

                        John J. Esposito, Jr.
                        JOHN J. ESPOSITO, PC

Dated this 13th day of October, 2003.

                        Michael L. Zaleski
                        QUARLES & BRADY LLP

QBMAD\930020.70026\362132.1

## ORDER

Based upon the above stipulation, it is hereby ordered that this matter is dismissed with prejudice with regard to Vulcan Materials Company.

_____
U.S. District Judge