3A0Fd

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED

Oct 16   2 10 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RACHEL FUCHS, EXECUTRIX and<br>HONEYWELL INTERNATIONAL, INC., :<br>:<br>Plaintiffs, :<br>:<br>vs. :<br>:<br>THE DOW CHEMICAL COMPANY :<br>and VULCAN MATERIALS COMPANY, :<br>:<br>Defendants. : | <br><br><br><br><br><br>CASE NO. 3:02-CV-00405 (glg)<br><br>November 6, 2002 |

### STIPULATION AND ORDER FOR DISMISSAL

It is hereby stipulated by the Plaintiff, Rachel Fuchs, Executrix, by her attorney, John J. Esposito, Jr., and Vulcan Materials Company, by its attorney, Michael L. Zaleski, that this matter may be dismissed, with prejudice, as to Vulcan Materials Company.

Dated this 7th day of October, 2003.

_____
John J. Esposito, Jr.
JOHN J. ESPOSITO, PC

Dated this 13th day of October, 2003.

_____
Michael L. Zaleski
QUARLES & BRADY LLP

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

QBMAD\930020.70026\362132.1

## ORDER

Based upon the above stipulation, it is hereby ordered that this matter is dismissed with prejudice with regard to Vulcan Materials Company.

                                             _____
                                             U.S. District Judge