UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT W. FUCHS, et al.         :
                                :           ENTRY OF APPEARANCE
v.                              :           CASE NUMBER: 3:02-CV-405 (glg)
                                :
THE DOW CHEMICAL COMPANY        :

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Dow Chemical Company

____12/5/03_____           _____/s/ Stacie B. Collier_____
**Date**                               **Signature**

____#18895_____           _____Stacie B. Collier_____
**Connecticut Federal Bar Number**     **Print Clearly or Type Name**

___(401) 454-1018_____           _____One Citizens Plaza_____
**Telephone Number**                   **Address**

___(401) 454-1030_____           _____Providence, RI 02903_____
**Fax Number**

__SBCollier@nixonpeabody.com__
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John J. Esposito, Jr.                  Bruce H. Raymond. Esq.
John J. Esposito, P.C.                 Halloran & Sage LLP
373 Humphrey Street                    225 Asylum Street, Fl. 18
New Haven, CT  06511                   Hartford, CT  06103

Michael L. Zaleski, Esq.               Kevin Maher, Esq.
Quarles & Brady LLP                    Maher & Williams
Firstar Plaza, One South Pinckney Street   268 Post Road, P. O. Box 550
P. O. Box 2113                         Fairfield, CT  06824
Madison, WI  53701-2113

                                       _____/s/ Stacie B. Collier_____
                                       **Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

P108104.1