UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RACHEL FUCHS, EXECUTRIX, ET AL.,

                        Plaintiffs,

- vs -

THE DOW CHEMICAL COMPANY, ET AL.,

                        Defendants.

**MODIFIED SCHEDULING ORDER**

Civil Action No.
3:02-CV-00405 (glg)

Upon agreement of all counsel, the Scheduling Order is modified as follows:

| | |
|---|---|
| April 15, 2004 | Plaintiff and intervenor-plaintiff to designate experts and serve reports of expert witnesses |
| May 15, 2004 | Last day for defendant to depose plaintiffs' experts |
| July 15, 2004 | Defendant to designate experts and serve reports of expert witnesses |
| August 15, 2004 | Last day for plaintiffs to depose defendant's experts |
| August 15, 2004 | Last day to complete discovery |

SO ORDERED.

_____

GRANTED:

B65985.1