FILED

2004 APR 13 P 4: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RACHEL FUCHS, EXECUTRIX, ET AL.,

                         Plaintiffs,

- vs -

THE DOW CHEMICAL COMPANY, ET AL.,

                         Defendants.

**MODIFIED
SCHEDULING ORDER**

Civil Action No.
3:02-CV-00405 (glg)

Upon agreement of all counsel, the Scheduling Order is modified as follows:

| | |
|---|---|
| April 15, 2004 | Plaintiff and intervenor-plaintiff to designate experts and serve reports of expert witnesses |
| May 15, 2004 | Last day for defendant to depose plaintiffs' experts |
| July 15, 2004 | Defendant to designate experts and serve reports of expert witnesses |
| August 15, 2004 | Last day for plaintiffs to depose defendant's experts |
| August 15, 2004 | Last day to complete discovery |

SO ORDERED.

GRANTED: [signature]
4/12/04

B65985.1