UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 17  4 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

RACHEL FUCHS, EXECUTRIX, :
HONEYWELL INTERNATIONAL, INC. :
                                  :
       v.                       : CASE NO. 3:02CV00405(EBB)
                                  :
THE DOW CHEMICAL COMPANY, :
VULCAN MATERIALS COMPANY :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A ruling on the following motions which are currently pending (orefm.)

Doc. # _____
_____

_X_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss the following: (orefmisc./cnf)
_____

\_\_\_ Other: (orefmisc./misc) Petition to Enforce Internal Revenue Service Summons

SO ORDERED this 17th day of June, 2004 at New Haven, Connecticut.

                                               ELLEN BREE BURNS, SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT