UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL FUCHS, EXECUTRIX, ET AL.,<br><br>Plaintiffs,<br><br>-vs-<br><br>THE DOW CHEMICAL COMPANY, ET AL.,<br><br>Defendants. | **JOINT MOTION FOR REVISED SCHEDULING ORDER**<br><br>Civil Action No.<br>3:02-CV-00405 (EBB) |

PLEASE TAKE NOTICE, that upon this Joint Motion, Plaintiff Rachel Fuchs and defendant The Dow Chemical Company ("TDCC") by and through their respective counsel move this Court pursuant to Federal Rules of Civil Procedure 16, for an Order modifying the Scheduling Order as set forth herein. Oral argument is not requested.

1.      This case was recently reassigned from the Honorable Gerard L. Goettel to the Honorable Ellen Bree Burns.

2.      In this case, plaintiff alleges that her husband suffered personal injury and death as a result of alleged exposure to 1,1,1 Trichloroethane allegedly supplied by defendant The Dow Chemical Company ("TDCC") to plaintiff's decedent's employer, the intervenor-plaintiff Allied/Textron/Honeywell's plant located in Stratford, Connecticut.

3.      The parties have completed most discovery. Expert discovery, however, is not complete.

2.      The Scheduling Order currently in place called for Plaintiff and intervenor plaintiff Honeywell to identify and serve the reports of their expert witnesses by April 15, 2004. On or about April 14, 2004, Plaintiff served her expert disclosures and identified three experts,

B67939.1