UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL FUCHS, EXECUTRIX, | ) |
| Plaintiff, | ) **AMENDED** |
| | ) **SCHEDULING ORDER** |
| | ) |
| v. | ) Civil Action No 3:02-CV-405(EBB) |
| | ) |
| THE DOW CHEMICAL COMPANY, et al. | ) |
| Defendants. | ) |

Upon agreement of all counsel, the Scheduling Order is modified as follows:

| | |
|---|---|
| August 15, 2004 | Plaintiff and intervenor-plaintiff to provide expert reports for their previously identified experts |
| September 15, 2004 | Last day for defendant to depose plaintiffs' experts |
| October 15, 2004 | Defendant to designate experts and serve reports of expert witnesses |
| November 30, 2004 | Last day for plaintiff to depose defendant's experts |
| November 30, 2004 | Last day to complete discovery |

SO ORDERED.

GRANTED:

B68190.1