

FILED

2004 NOV 17 P 12: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RACHEL FUCHS, EXECUTRIX, ET AL.,)
)
    Plaintiffs,                 )
)    Civil Action No.
v.                             )    3:02-CV-00405 (JGM)
)
THE DOW CHEMICAL COMPANY,
    ET AL,                   )
)
    Defendants          )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Intervenor-Plaintiff, **Honeywell International**, hereby voluntarily stipulates that the above-captioned action may be dismissed with prejudice and without costs and attorney's fees to either party.

_____
Bruce H. Raymond
HALLORAN & SAGE LLP
CT Federal Bar Number: 0444981
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Attorneys for the Intervenor-Plaintiff,
Honeywell International

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 16th day of November, 2004, I hereby mailed a copy of the foregoing to:

Attorneys for Defendant, The Dow Chemical Corporation
Laurie Styka Bloom, Esq.
Samuel Goldblatt, Esq.
Nixon Peabody, LLP
1600 Main Place Tower
Buffalo, NY   14202-3716

Attorney for Plaintiff, Rachel Fuchs, Executrix
John J. Esposito, Jr.
Esposito Law Firm
373 Humphrey Street
New Haven, CT   06511

_____
Bruce H. Raymond

617454.1

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105