UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RACHEL FUCHS, EXECUTRIX, ET. AL.,

                Plaintiff,

HONEYWELL INTERNATIONAL, INC.,

                Intervenor Plaintiff,

    v.

THE DOW CHEMICAL COMPANY
and
VULCAN MATERIALS COMPANY

                Defendants.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Civil Action No.
3:02-CV-00405 (EBB)

U.S. DISTRICT COURT
NEW HAVEN, CT
2004 NOV 24 P 12: 17
FILED

        PLEASE TAKE NOTICE that RACHEL FUCHS, Executrix, the above-named plaintiff,

hereby dismissed the above-entitled action as against the defendant, THE DOW CHEMICAL

COMPANY ("TDCC"), with prejudice and on the merits and without costs to any party,

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  New Haven, Connecticut
        November 19, 2004

Dated: Buffalo, New York
      November 11, 2004

JOHN J. ESPOSITO, P.C.

By: _____
John J. Esposito, Jr., Esq.
Connecticut Federal Bar Number: 12626
373 Humphrey Street
New Haven, CT 06511

Attorneys for Plaintiff

NIXON PEABODY, LLP

By: _____
    Laurie Styka Bloom, Esq.
(Connecticut Federal Bar Number CT 24285)
1600 Main Place Tower
Buffalo, NY 14202
(716) 853-8100
Attorneys for Defendant TDCC

B71695.1

## CERTIFICATE OF SERVICE

I, John J. Esposito, Jr., hereby certify that, on November 22, 2004, I caused a true copy of the foregoing Stipulation of Dismissal with Prejudice to be served via first-class mail upon all counsel of record as set forth below:

Attorneys for Defendant The Dow Chemical Corporation
Laurie Styka Bloom, Esq.
Samuel Goldblatt, Esq.
Nixon Peabody LLP
1600 Main Place Tower
Buffalo, NY 14202-3716

Attorneys for Plaintiff Honeywell International Inc.
Maureen Driscoll, Esq.
Maher and Williams
PO Box 550
Fairfield, CT 06430-0550

Janice D. Lai, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

John J. Esposito, Jr.